IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2916-AP**

**DOMINIC T. NELMS,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

     This matter is before the court on Plaintiff's Application for an Award of Attorneys Fees Under the Equal Access to Justice Act, [doc. #22], filed August 5, 2014.  I have review the application, the response and the reply.  The request for fees is **GRANTED**.  In consideration thereof, it is

     **ORDERED** that the Defendant pay to Plaintiff , through counsel, attorney fees and expenses in the amount of **$13,789.48**.  No application for additional fees in pursuit of this fee request will be entertained.

     Dated at Denver, Colorado, this 27th day of August, 2014.

                        BY THE COURT:


                        ***S/John L. Kane***
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT